IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CINDY DANIELS,**

        **Plaintiff,**

v.                              Case No: 05-2082-JWL-JTR

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

        **Defendant.**

**ORDER**

A Report and Recommendation issued by the Honorable James T. Reid, Magistrate Judge was filed on September 6, 2005. On September 19, 2005, the plaintiff filed a response to the Report and Recommendation stating that plaintiff had no objection to the recommendation by Magistrate Reid.

IT IS THEREFORE ORDERED BY THE COURT that the court adopts the Report and Recommendation (doc. 10) and orders that the Commissioner's decision is reversed and that judgment be entered remanding the case pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

IT IS SO ORDERED.

Dated this 7th day of October, 2005 in Kansas City, Kansas.

                                                                    s/ John W. Lungstrum
                                                                    John W. Lungstrum
                                                                    District Judge